PETER H. MASON (BAR NO. 71839)
peter.mason@nortonrosefulbright.com
TODD M. SORRELL (BAR NO. 175143)
todd.sorrell@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:     (213) 892-9494

Attorneys for Defendants
WILSHIRE INSURANCE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, by and through his Guardian Ad Litem, Sandra Dudley; PIPER S. PAREGIEN, by and through her Guardian Ad Litem, Chad Paregien,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILSHIRE INSURANCE COMPANY, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.:  1:15-cv-01621-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(Doc. 8)** |

## STIPULATION

All parties hereby stipulate and request that the court enter an order extending Defendant's time to file an answer or other responsive pleading by 21 days to January 8, 2016.

Good cause exists for the request:

1. Plaintiff filed its complaint on October 23, 2015.

2. The complaint was served on or about November 3, 2015, and the parties agreed to extend the time to answer the complaint to December 18, 2015, and filed a stipulation to that effect on November 24, 2015.

3. Defendant has been diligently seeking to secure documents and information necessary to respond to the detailed complaint filed in this action (which relates to litigation/trial/appellate proceedings on an underlying state court action), and has requested a short extension (requiring court approval) to be able to do so. No discovery has occurred to date in this action.

4. Plaintiffs and defendant are therefore in agreement that defendant's date to file an answer or other pleading responsive to the operative complaint will be January 8, 2016. The parties respectfully request that the Court so order.

Dated: December 18, 2015

RICARDO ECHEVERRIA
DANICA DOUGHERTY
**SHERNOFF BIDART ECHEVERRIA BENTLEY LLP**

By  /s/ Ricardo Echeverria
RICARDO ECHEVERRIA
Attorneys for Plaintiffs
SHAWN J. PAREGIEN and PIPER S. PAREGIEN

Dated: December 18, 2015

PETER H. MASON
TODD M. SORRELL
**NORTON ROSE FULBRIGHT US LLP**

By  /s/ Todd M. Sorrell
TODD M. SORRELL
Attorneys for Defendants
WILSHIRE INSURANCE CO.

**ORDER**

Pursuant to stipulation, and for good cause shown, defendant's deadline to respond to plaintiffs' operative complaint is extended to January 8, 2016.

IT IS SO ORDERED.

Dated: **December 21, 2015**         /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE