UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, by and through his Guardian Ad Litem, Sandra Dudley; PIPER S. PAREGIEN, by and through her Guardian Ad Litem, Chad Paregien,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILSHIRE INSURANCE COMPANY, INC., a corporation; and DOES 1 through 100, inclusive, *et al.*,<br><br>    Defendants. | 1:15-cv-001621 LJO JLT<br><br>**RECUSAL ORDER** |

On the basis of good cause, U.S. District Judge Lawrence J. O'Neill recuses himself from this case and DIRECTS this Court's clerk to reassign another district judge to this case. Upon reassignment, all papers shall bear the new case number with the new district judge's initials. Judge O'Neill will take no further action in this case.

IT IS SO ORDERED.

   Dated:   **February 22, 2016**          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE