PETER H. MASON (BAR NO. 71839)
peter.mason@nortonrosefulbright.com
TODD M. SORRELL (BAR NO. 175143)
todd.sorrell@nortonrosefulbright.com
MICHELLE L. MELLO (BAR NO. 288081)
michelle.mello@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494

Attorneys for Defendant
WILSHIRE INSURANCE COMPANY

RICARDO ECHEVERRIA (BAR NO. 166049)
recheverria@shernoff.com
DANICA CRITTENDEN (BAR NO. 273309)
dcrittenden@shernoff.com
**SHERNOFF BIDART ECHEVERRIA BENTLEY LLP**
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for Plaintiffs
SHAWN J. PAREGIEN and PIPER S. PAREGIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, by and through his Guardian Ad Litem, Sandra Dudley; PIPER S. PAREGIEN, by and through her Guardian Ad Litem, Chad Paregien,<br><br>Plaintiffs,<br><br>v.<br><br>WILSHIRE INSURANCE COMPANY, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  1:15-cv-01621-AWI-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE COUNTERCLAIM AND THIRD PARTY COMPLAINT**<br><br>(Doc. 23) |

Pursuant to Federal Rule of Civil Procedure 15 and the Court's Scheduling Order dated February 23, 2016, plaintiffs Shawn J. Paregien and Piper S. Paregien ("Plaintiffs") (by and through their Guardians Ad Litem, Sandra Dudley and Micheal Dudley, and Chad Paregien, respectively) and defendant Wilshire Insurance Company, Inc. ("Defendant" or "Wilshire" and, together with Plaintiffs, the "Parties"), stipulate as follows:

- Plaintiffs' complaint against Wilshire—filed on October 23, 2015—arises from a jury verdict against Wilshire's insureds in an underlying action[1] which Plaintiffs now seek to collect against Wilshire.  (This is not intended to characterize entirely Plaintiffs' complaint or the allegations therein, but is for descriptive purposes only.)

- The Parties have exchanged initial disclosures.  The Court has issued a Scheduling Order (providing a pleading amendment deadline of July 15, 2016) and Stipulated Protective Order, pursuant to which the Parties have exchanged certain documents.  Trial is scheduled for September 26, 2017.

- Wilshire has asserted and/or reserves a number of defenses to Plaintiffs' complaint, and now seeks to file a counterclaim against Plaintiffs and a third party complaint against Emiliano Perez Ramos, individually and doing business as E&M Trucking (and also known as Emiliano Perez).  (The counterclaim and third party complaint will be referred to as the "Counterclaim" herein.)

- The allegations in the Counterclaim stem from Wilshire's contention that Plaintiffs and Wilshire's insureds entered into a secret, collusive, and improper pretrial assignment (the "Assignment"), that the terms of the Assignment required the insureds to violate their obligations under the Wilshire insurance policy, and

---

[1] In 2011, Plaintiffs filed a lawsuit in Kern County Superior Court against Wilshire's insureds—Emiliano Perez individually and dba E&M Trucking ("Perez"), and Antonio Oliva ("Oliva"), Case no. 5-1500-cv-272703 SPC (the "Underlying Action").

that Plaintiffs and the insureds engaged in conduct—both in and out of court in the Underlying Action—that requires the rescission of the policy and a declaration from this Court that Wilshire owes nothing under the policy, either to Plaintiffs or to Wilshire's insureds.  (This is not intended to characterize entirely the Counterclaim or the allegations therein, but is for descriptive purposes only.  A true and correct copy of the proposed Counterclaim is attached to this stipulation/proposed order as Exhibit A.)

- The Counterclaim contains four causes of action: Declaratory Judgment, Rescission, Breach of Contract, and Intentional Interference with Contractual Relations.  It is Wilshire's contention that each of these claims relates to the Wilshire insurance policy that is at issue in Plaintiffs' complaint and the Assignment attached to Plaintiffs' complaint; Wilshire also contends that the determination on the Counterclaim will necessarily impact the outcome of Plaintiffs' complaint.

- Plaintiffs do not agree with the allegations in the Counterclaim and they reserve all rights and defenses thereto.  Plaintiffs stipulate to the filing of the Counterclaim to avoid the necessity of a Motion for Leave to File the Counterclaim.

- The Parties agree that upon entry of the order permitting the filing of the Counterclaim, the Counterclaim attached hereto will be deemed filed and served on Plaintiffs, and Plaintiffs will have 30 days to respond thereto.  Wilshire will serve the Counterclaim as required by law on Perez.

- The Parties reserve all rights.

- The Parties agree that the Court may enter an order based on this stipulation.

IT IS SO STIPULATED.

1  Dated:     July__, 2016          **SHERNOFF BIDART ECHEVERRIA BENTLEY LLP**

         By _____
            RICARDO ECHEVERRIA
            DANICA CRITTENDEN
            Attorneys for Plaintiffs
            SHAWN J. PAREGIEN and PIPER S. PAREGIEN

Dated:     July __, 2016           **NORTON ROSE FULBRIGHT US LLP**

         By _____
            PETER H. MASON
            TODD M. SORRELL
            MICHELLE L. MELLO
            Attorneys for Defendants
            WILSHIRE INSURANCE CO.

## **ORDER**

Based on the stipulation of the parties, the Counterclaim and Third Party Complaint attached to this order is deemed filed and served on Plaintiffs, and Plaintiffs will have 30 days from the date of this order to respond.  Pursuant to applicable law, Defendant Wilshire Insurance Company will cause the Counterclaim and Third Party Complaint to be served on any third parties named in that pleading.

IT IS SO ORDERED.

Dated:  **July 12, 2016**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

36284140.1                      - 5 -                Case No.: 1:15-cv-01621-AWI-JLT
STIPULATION RE FILING OF COUNTERCLAIM AND THIRD PARTY COMPLAINT

DOCUMENT PREPARED
ON RECYCLED PAPER

DOCUMENT PREPARED
ON RECYCLED PAPER