PETER H. MASON (BAR NO. 71839)
peter.mason@nortonrosefulbright.com
TODD M. SORRELL (BAR NO. 175143)
todd.sorrell@nortonrosefulbright.com
MICHELLE L. MELLO (BAR NO. 288081)
michelle.mello@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

Attorneys for Defendant and Counterclaimant
WILSHIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, by and through his Guardian Ad Litem, Sandra Dudley; PIPER S. PAREGIEN, by and through her Guardian Ad Litem, Chad Paregien,<br><br>Plaintiffs,<br><br>v.<br><br>WILSHIRE INSURANCE COMPANY, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  1:15-cv-01621-AWI-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF TO FEBRUARY 6, 2017**<br><br>**(Doc. 48)** |
| WILSHIRE INSURANCE COMPANY, INC., a corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SHAWN J. PAREGIEN, by and through his Guardian Ad Litem, Sandra Dudley and Micheal Dudley; PIPER S. PAREGIEN, by and through her Guardian Ad Litem, Chad Paregien, EMILIANO PEREZ RAMOS, individually and doing business as E&M Trucking (and also known as Emiliano Perez),<br><br>Counter-defendants/<br>Third Party Defendants. | |

## **STIPULATION**

Pursuant to the Court's Scheduling Order dated February 23, 2016, plaintiffs Shawn J. Paregien and Piper S. Paregien ("Plaintiffs") (by and through their Guardians Ad Litem, Sandra Dudley and Chad Paregien, respectively), third party defendant Emiliano Perez ("Perez") and defendant Wilshire Insurance Company, Inc. ("Defendant" or "Wilshire" and, together with Plaintiffs and Perez, the "Parties"), stipulate as follows:

- To date, written discovery has been exchanged, numerous "meet and confer" sessions have occurred to resolve discovery disputes, amendments to written discovery responses have been provided, initial disclosures have been updated, and one remaining discovery dispute remains regarding Wilshire's entitlement to documents that the responding parties contend are attorney work product and attorney client privileged documents, which the Parties would like to resolve prior to the start of depositions of certain attorneys;

- The Parties have been noticing and scheduling depositions;

- Perez has retained new counsel, William Alexander. This Court approved the substitution of Mr. Alexander as of October 21, 2016. The depositions of Perez and Mr. Guerrero, which had been scheduled for this past week, were taken off calendar because of Mr. Alexander's imminent retention. Mr. Alexander has further requested that those depositions be rescheduled on dates convenient to all counsel, parties, and witnesses, which will allow Mr. Alexander time to familiarize himself with the case."

- On October 18, 2016, the Parties scheduled a second day of mediation to occur on October 28, 2016, before the Honorable John K. Trotter (Ret.);

- The Parties believe that to allow themselves sufficient time to conduct discovery after the October 28, 2016 mediation, to allow Perez's new counsel to become familiar with the case, and to hopefully resolve the remaining discovery

dispute prior to the start of certain depositions, a short extension of the non-expert discovery cut-off date is necessary;

- The current non-expert discovery cut-off date is January 4, 2017;
- The proposed non-expert discovery cut-off date is February 6, 2017;
- No other dates in the Court's Scheduling Order dated February 23, 2016 will be impacted by this extension;
- The Parties agree that the Court may enter an order based on this stipulation.

**IT IS SO STIPULATED.**

Dated:  October 24, 2016          RICARDO ECHEVERRIA
                                  DANICA CRITTENDEN
                                  **SHERNOFF BIDART ECHEVERRIA LLP**


                                  By  /s/ Danica Crittenden
                                      DANICA CRITTENDEN
                                      Attorneys for Plaintiffs

Dated:  October 24, 2016          PETER H. MASON
                                  TODD M. SORRELL
                                  MICHELLE L. MELLO
                                  **NORTON ROSE FULBRIGHT US LLP**


                                  By  /s/ Todd M. Sorrell
                                      TODD M. SORRELL
                                      Attorneys for Defendant
                                      WILSHIRE INSURANCE COMPANY

Dated:  October 24, 2016          WILLIAM L. ALEXANDER
                                  **ALEXANDER & ASSOCIATES**


                                  By  /s/ William L. Alexander
                                      WILLIAM L. ALEXANDER
                                      Attorneys for Third Party Defendant
                                      EMILIANO PEREZ RAMOZ

# **ORDER**

Based upon the stipulation of the parties, all non-expert discovery SHALL be completed no later than February 6, 2017. **Absolutely no other deadlines are authorized to be modified and the Court does not contemplate granting any further amendments to the case schedule**.

IT IS SO ORDERED.

Dated:   **October 26, 2016**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On October 24, 2016, I electronically filed the attached document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF TO FEBRUARY 6, 2017**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Ricardo Echeverria, Esq.
Steven M. Schuetze, Esq.
Danica Crittenden, Esq.
Shernoff Bidart Echeverria LLP
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915
Email: recheverria@shernoff.com
     dcrittenden@shernoff.com

Jeffrey Isaac Ehrlich, Esq.
The Ehrlich Law Firm
16130 Ventura Boulevard, Suite 610
Encino, CA 91436
Telephone: (818) 905-3970
Facsimile: (818) 905-3975
Email: Jehrlich@ehrlichfirm.com

William L. Alexander, Esq.
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
Telephone: (661) 316-7888
Facsimile: (661) 316-7890
Email: walexander@alexander-law.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 24, 2016, at Los Angeles, California.

        /s/ Mylene Ruiz
        Mylene Ruiz