## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILSHIRE INSURANCE COMPANY, <br><br> Defendant. | ) Case No.: 1:15-cv-01621 AWI JLT <br> ) <br> ) ORDER AFTER NOTICE OF SETTLEMENT <br> ) <br> ) (Doc. 51) <br> ) <br> ) <br> ) <br> ) |

On November 1, 2016, the parties notified the Court that "the parties have reached a settlement that will resolve this case in its entirety." (Doc. 51)  Thus, the Court **ORDERS**:

1. **No later than November 23, 2016**, counsel for the minors S.J.P. and P.S.P. **SHALL** file their petitions for approval of the minors' compromise;

2. All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action or striking the answers and entering default.**

IT IS SO ORDERED.

   Dated:   **November 1, 2016**            /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE