# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILSHIRE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 1:15-cv-01621 AWI JLT <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE THE PETITION FOR APPROVAL OF THE MINORS' COMPROMISE <br><br> (Doc. 53) |

On November 1, 2016, the parties notified the Court that "the parties have reached a settlement that will resolve this case in its entirety." (Doc. 51)  Thereafter, the Court ordered the guardians ad litem to file the petitions for approval of the minors' compromise no later than November 23, 2016. (Doc. 52)  Now the guardians ad litem seek an extension of time to December 23, 2016 to file the petitions because the parties are still working out the details of the settlement.  (Doc. 53)

In addition, counsel for the guardians indicates uncertainty as to whether the petitions should be filed in state court or in this court.  Though he cites the procedures of the Central District of California and the requirements of California law, he does not cite this Court's Local Rule 202 which sets forth his obligations. Local Rule 202(b)(1) provides, "In actions in which the minor . . . is represented by an appointed representative pursuant to appropriate state law . . . the . . . compromise shall first be approved by the state court having jurisdiction over the personal representative."

It appears that much of the confusion stems from the fact when this action was filed, the guardians ad litem may have already been appointed to act by the Kern County Superior Court.

Despite that no further appointment would have been necessary, the guardians ad litem sought and were granted these positions in this Court as well. Given the fact that the Court's order appointing the guardians—it now appears—was superfluous, the guardians **SHALL** proceed according to Local Rule 202(b)(1). In short, the petitions must be filed in both courts but in the sequence set forth in the Local Rule. Due to the additional time needed for the Superior Court to rule, the Court will extend the deadline for the filing the petitions in this Court.

**ORDER**

Good cause appearing, the Court **ORDERS**:

1. The request for additional time to file the petition for approval of the minors' compromise (Doc. 53) is **GRANTED**. The petition(s) **SHALL** be filed no later than **February 3, 2017**. Counsel need not set the petition(s) for hearing. The Court will do so only if it deems necessary.

IT IS SO ORDERED.

Dated:   **November 16, 2016**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE