UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILSHIRE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01621 AWI JLT<br><br>ORDER DENYING THE SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE THE PETITION FOR APPROVAL OF THE MINORS' COMPROMISE<br><br>(Doc. 55) |

On November 1, 2016, the parties notified the Court that "the parties have reached a settlement that will resolve this case in its entirety." (Doc. 51) Thereafter, the Court ordered the guardians ad litem to file the petitions for approval of the minors' compromise no later than November 23, 2016. (Doc. 52) On November 15, 2016, the guardians ad litem sought an extension of time to December 23, 2016 to file the petitions because the parties were continuing to work out the details of the settlement. (Doc. 53) The Court granted this request.

Once again, the guardians ad litem seek an additional extension of time—to April 3, 2017—to file the petitions for approval of the minors' compromise. (Doc. 55) They report, "The parties and their structured settlement consultants have been diligently working on the settlement terms and are still reviewing and discussing the terms of the large annuities for both minors." Id. However, *concluding* that they are working diligently is not the same thing as *demonstrating* diligence. Moreover, given that the settlement has been pending for more than 60 days, the Court is at a loss to

understand why whatever impediments have not been resolved and causes the Court to question whether, in fact, settlement has been achieved or if, in truth, this matter has relegated to the "back-burner." The children deserve more and the Court presumes the guardians understand this.  Thus, the request for the extension of time to file the minors' compromise is **DENIED**.

## ORDER

Based upon the foregoing, the Court **ORDERS:**

1. The request for the extension of time to April 3, 2017 to file the minors' compromise is **DENIED**;

2. The petitions for the minors' compromise **SHALL** be filed **no later than March 3, 2017**;

3. Counsel **SHALL** file joint reports on **February 10, 2017** and **February 24, 2017** setting out exactly what they are doing to complete this settlement.  These status reports **SHALL** provide detailed information so that the Court can make a determination whether, in fact, counsel are working diligently.

**Counsel and the parties are advised that their failure to strictly comply with this order shall be grounds for the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **February 2, 2017**              /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE