UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILSHIRE INSURANCE COMPANY,<br><br>    Defendant. | ) Case No.: 1:15-cv-01621 AWI JLT<br>)<br>) ORDER TO SHOW CAUSE TO EMILIANO<br>) PEREZ AND HIS ATTORNEY WILLIAM<br>) ALEXANDER WHY SANCTIONS HOULD NOT<br>) BE IMPOSED FOR THEIR FAILURE TO<br>) EXECUTE THE SETTLEMENT AGREEMENT<br>)<br>) |

On November 1, 2016, the parties notified the Court that "the parties have reached a settlement that will resolve this case in its entirety."  (Doc. 51)  The Court ordered the settlement to be completed so that the minors compromise could be filed no later than November 23, 2016.  (Doc. 52)  The Court warned, "**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action or striking the answers and entering default.**"  Id., emphasis in the original.

Thereafter, the Court ordered the guardians ad litem to file the petitions for approval of the minors' compromise no later than November 23, 2016.  (Doc. 52)  On November 15, 2016, the guardians ad litem sought an extension of time to December 23, 2016 to file the petitions because the parties were continuing to work out the details of the settlement.  (Doc. 53)  The Court granted this request.

Once again, the guardians ad litem seek an additional extension of time—to April 3, 2017—to

file the petitions for approval of the minors' compromise. (Doc. 55) The Court denied this request because there was an insufficient showing as to why the settlement could not be achieved in a timely manner and the court found that this delay violated the guardians duties to the children. (Doc. 56) The Court ordered joint status reports to be filed and, on February 24, 2017, the status report indicated that Emiliano Perez and his attorney, William Alexander, have continued to fail to execute the settlement agreement. (Doc. 58 at 2) Counsel for the guardians reported that he has called Mr. Alexander's office every day for a week to obtain the signatures to no avail. Id. Due to this failure, the guardians ad litem are unable to file the petition for the minors' compromise. Id.

Therefore, the Court **ORDERS**:

1. **No later than March 3, 2017 at noon**, Emiliano Perez and William Alexander **SHALL** show cause in writing why sanctions should not be imposed for their failure to execute the settlement agreement in a timely fashion.

2. Alternatively, they **SHALL** execute the settlement agreement and file notice that this has occurred.

**Mr. Perez and Mr. Alexander are advised that their failure to comply with this order will result in the imposition of monetary sanctions, and may include striking Mr. Perez's answer and entering default against him.**

IT IS SO ORDERED.

Dated:   **February 28, 2017**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE