# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. PAREGIEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILSHIRE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-01621 AWI JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 59)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE THE PETITION FOR MINORS' COMPROMISE<br>(Doc. 58) |

　　　　Within minutes before the Court ordered Emiliano Perez and William Alexander to show cause why sanctions should not be imposed for their failure to execute the settlement agreement (Doc. 59), Mr. Perez and Mr. Alexander provided their signatures on the agreement. (Doc. 60 at 2) In addition, the guardians have now appeared ex parte in the Kern County Superior Court and received approval of the administrator for the qualified settlement fund. Id. at 3. Counsel expects to receive approval of the minors' compromise at a hearing on March 8, 2017. Id. Thus, the Court **ORDERS**:

　　　　1.　　The order to show cause to Emiliano Perez and William Alexander is **DISCHARGED.**

///

///

///

1

2. The deadline to file the petition for approval of the minors' compromise is extended to March 17, 2017.

IT IS SO ORDERED.

Dated:   **March 3, 2017**                         **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE